IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GARY THOMPSON,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | CIVIL ACTION NO. |
| VS.      ) | |
| ) | 3:24-CV-2370-G-BN |
| BACON NATION,      ) | |
| ) | |
| Defendant.      ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On October 8, 2024, United States Magistrate Judge David L. Horan entered findings and conclusions recommending that the court deny the motions regarding discovery (docket entry 11) and for summary judgment (docket entry 8) and, unless the plaintiff Gary Thompson ("Thompson") shows through timely objections a basis to further amend the complaint to allege a plausible claim, dismiss this lawsuit with prejudice (docket entry 12) (the "FCR").

Eight days later, Thompson filed another amended complaint. *See* docket entry 14. And, although this filing is not an authorized pleading under Federal Rule of Civil Procedure 15, the court will treat it as an objection to the FCR that reflects a basis for further leave to amend.

The court, after reviewing *de novo* those portions of FCR to which objection was made and reviewed the remaining portions for plain error, therefore **ACCEPTS IN PART** the FCR and **DENIES WITHOUT PREJUDICE** the motions regarding discovery (docket entry 11) and for summary judgment (docket entry 8) and **RETURNS** this case to Judge Horan for further pretrial management under 28 U.S.C. § 636(b) and the court's standing order of reference.

**SO ORDERED**.

October 28, 2024.

_____
**A. JOE FISH**
**Senior United States District Judge**